UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 22-60127-CR-ROSENBERG/STRAUSS

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

FILED by DD D.C.

Jun 2, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES OF AMERICA

vs.

KELVIN MELENDEZ-RODRIGUEZ,

**Defendant.**
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Distribute a Controlled Substance
### (21 U.S.C. § 846)

From at least as early as in or around February 2022, and continuing through on or about March 9, 2022, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**KELVIN MELENDEZ-RODRIGUEZ,**

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to **KELVIN MELENDEZ-RODRIGUEZ,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 2
**Attempt to Possess with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 846)**

On or about March 9, 2022, in Broward County, in the Southern District of Florida, the defendant,

**KELVIN MELENDEZ-RODRIGUEZ,**

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1); all in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **KELVIN MELENDEZ-RODRIGUEZ,** has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 846, as alleged in the Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property that was used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

(Bertha M. trani) for
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BROOKE ELISE LATTA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

KELVIN MELENDEZ-RODRIGUEZ,

_____/

CASE NO.: _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of New Counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☑ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect: _____

4. This case will take **2** days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)              (Check only one)
   I    ☑ 0 to 5 days            ☐ Petty
   II   ☐ 6 to 10 days           ☐ Minor
   III  ☐ 11 to 20 days          ☐ Misdemeanor
   IV   ☐ 21 to 60 days          ☑ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) **No**
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) **No**
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: _____
BROOKE ELISE LATTA
Assistant United States Attorney
FL Bar No.     105315

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** KELVIN MELENDEZ-RODRIGUEZ,

**Case No:** _____

Count 1

Conspiracy to Distribute a Controlled Substance

21 U.S.C. § 846
* **Max. Term of Imprisonment:** Life
* **Min. Term of Imprisonment:** 10 years
* **Max. Supervised Release:** Life (minimum term of 5 years)
* **Max. Fine:** $10,000,000

Count 2

Attempted Possession with Intent to Distribute a Controlled Substance

21 U.S.C. § 846
* **Max. Term of Imprisonment:** Life
* **Min. Term of Imprisonment:** 10 years
* **Max. Supervised Release:** Life (minimum term of 5 years)
* **Max. Fine:** $10,000,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

Revised 5/16/2022