UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-CR-60127-ROSENBERG/AUGUSTIN-BIRCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KELVIN MELENDEZ-RODRIGUEZ,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

This cause is before the undersigned United States Magistrate Judge upon order of reference from the Honorable Robin L. Rosenberg. DE 48. The Court held a hearing on August 3, 2023, to permit Defendant Kelvin Melendez-Rodriguez to change his plea. Assistant United States Attorney Ajay Alexander appeared on behalf of the Government. Attorney Stephen J. Golembe appeared on behalf of Defendant, who was also present.

1. The hearing was translated to Defendant by the Court's Spanish language interpreter. Defendant indicated that he was able to understand what was being said to him throughout the hearing.

2. The Court advised Defendant of his right to have the District Judge assigned to this case conduct the hearing. The Court advised that it was conducting the hearing at the request of Defendant, his attorney, and the Assistant United States Attorney assigned to the case. The Court advised that the District Judge assigned to the case will be the sentencing Judge, will schedule and conduct the sentencing hearing, and will make all findings and rulings concerning Defendant's sentence. The Court advised that Defendant did not have to permit the Court to conduct the hearing

to change his plea and could request that the District Judge conduct the hearing instead. Defendant, his attorney, and the Assistant United States Attorney all consented to have a United States Magistrate Judge conduct the hearing to change Defendant's plea.

3. The Court conducted the plea colloquy in accordance with the outline set forth in the Bench Book for District Judges and in conformity with the requirements of Federal Rule of Criminal Procedure 11.

4. The parties have entered into a written Plea Agreement. DE 58. The Court reviewed the Plea Agreement on the record, and Defendant acknowledged signing the Plea Agreement.

5. Defendant pled guilty to Counts 1 and 2 of the Indictment, which charge him with conspiracy to distribute a controlled substance and attempt to possess with intent to distribute a controlled substance, both in violation of 21 U.S.C. § 846.

6. The Court reviewed with Defendant the statutory minimum and maximum penalties applicable to the crimes to which he pled guilty. Defendant acknowledged that he understood the penalties that apply in this case. The Court also advised Defendant of the possibility of deportation after sentencing as an additional consequence of his guilty plea, and Defendant acknowledged that he understood.

7. The Plea Agreement contains an agreement by the parties to jointly recommend that the Court impose a sentence of no less than 12 years' imprisonment and no more than 15 years' imprisonment. This joint recommendation includes any sentence to be imposed for the violation of supervised release in Case No. 0:22-TP-60024-ROSENBERG. The Court explained to Defendant that these recommendations, although agreed upon by the parties, are not binding on

the Probation Office or on the District Court, and Defendant may not withdraw his plea based upon the District Court's decision not to accept these or any other sentencing recommendations.

8. The Plea Agreement contains provisions regarding forfeiture. The Court discussed the forfeiture provisions with Defendant. Defendant agreed to forfeit to the United States any right, title, and interest to any property constituting proceeds traceable to the commission of the crimes.

9. The parties submitted a written Factual Proffer, which was signed by Defendant, his attorney, and the Assistant United States Attorney. DE 57. The Factual Proffer was read into the record. Defendant acknowledged that he signed the Factual Proffer, understood it, and has had the opportunity to fully discuss it with his attorney. Defendant agreed that the Factual Proffer is true and correct and accurately sets forth the facts in his case as he understands them to be. Having reviewed the Factual Proffer, the Court finds that it sets forth each of the essential elements of the crimes to which Defendant pled guilty.

10. Based on the foregoing and the plea colloquy, the Court finds that Defendant entered his plea of guilty to Counts 1 and 2 of the Indictment freely, knowingly, and voluntarily. The Court accepts the guilty plea.

11. The United States Probation Office will conduct a pre-sentence investigation and will issue a report for sentencing purposes.

**ACCORDINGLY**, this Court recommends that the District Court accept Defendant's plea of guilty to Counts 1 and 2 of the Indictment, adjudicate Defendant guilty of the crimes to which he pled guilty, and conduct a sentencing hearing for final disposition of this case.

The parties have 14 days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Robin L. Rosenberg. Under Federal Rule of Criminal

Procedure 59(b)(2), failure to file a timely objection to this Report and Recommendation waives a party's right to review and bars the party from attacking on appeal any legal rulings or factual findings contained herein.

    **DONE AND RECOMMENDED** in Chambers at Fort Lauderdale, Florida, this 8th day of August, 2023.

                                              PANAYOTTA AUGUSTIN-BIRCH
                                              UNITED STATES MAGISTRATE JUDGE